No. 12, original. UNITED STATES *v.* CALIFORNIA. October 22, 1945. The motion for leave to file the bill of complaint is granted.

No. 36, Misc. McCOY *v.* UTAH;
No. 37, Misc. KING *v.* RAGEN, WARDEN;
No. 38, Misc. KING *v.* HORGAN;
No. 39, Misc. CARSON *v.* RAGEN, WARDEN; and
No. 40, Misc. JENKOT *v.* RAGEN, WARDEN. October 22, 1945. The motions for leave to file petitions for writs of habeas corpus are denied.

No. 41, Misc. COYLE *v.* CALIFORNIA ET AL. October 22, 1945. The motions for leave to file petitions for writs of habeas corpus and certiorari are denied. The petition for appeal is also denied.

Nos. 20 and 21, Misc. LOBER ET AL. *v.* MORGAN, LEWIS & BOCKIUS ET AL. October 22, 1945. The motion for leave to file petition for writs of certiorari is denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *Mr. Archibald Palmer* for petitioners. *Messrs. Frederic L. Ballard* and *Allen Hunter White* for Ballard, Spahr, Andrews & Ingersoll et al., *Mr. Henry S. Drinker* for Drinker, Biddle & Reath et al., and *Acting Solicitor General Judson, Messrs. Roger S. Foster, Milton V. Freeman* and *George Zolotar* for the Securities & Exchange Commission, respondents.